IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDWARD SCOTT CUNNINGHAM,    ) | |
| ) | |
| Petitioner,    ) | |
| ) | |
| v    ) | Civil Action No. 2:10cv639-TMH |
| ) | (WO) |
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Respondent.    ) | |

**O R D E R**

Upon review of the pleadings filed in this case with regard to the petitioner, the court concludes that the interests of justice require appointment of counsel for the petitioner. Consequently, the court finds the petitioner eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(a)(2)(B). Accordingly, it is

ORDERED that the petitioner's motion to appoint counsel, contained in **Doc No. 1**, is hereby GRANTED.

It is further

ORDERED that the Federal Defender for this district be and is hereby appointed to represent the petitioner in all further proceedings in this case.

Done this 10th day of August, 2010.

     /s/Terry F. Moorer     
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE