IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDWARD SCOTT CUNNINGHAM, | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:10-cv-639-TMH |
| | ) [wo] |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**OPINION and ORDER**

On August 17, 2012, the Magistrate Judge filed a Recommendation that the 28 U.S.C. § 2241 petition for habeas corpus be dismissed with prejudice. No timely objections have been filed. (Doc. No. 18). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case is hereby DISMISSED with prejudice. A Judgment in favor of the Respondent shall be forthcoming.

DONE this 14th day of September, 2012.

/s/   Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE